UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASSANDRA J. GAGE,

      **Plaintiff,**

v.                                    CASE NO.: 8:09-cv-2210-EAK-AEP

THE NIELSEN COMPANY (US), LLC

      **Defendant.**
_____/

## AMENDED COMPLAINT
## (JURY TRIAL DEMANDED)

    Plaintiff, Cassandra Gage, hereby brings suit against Defendant, THE NIELSEN COMPANY (US), LLC ("Defendant"), and alleges as follows:

    1.    This is a proceeding for declaratory and injunctive relief and monetary damages to redress deprivation of rights secured to Plaintiff by the Equal Pay Act ("EPA"), 29 U.S.C. 206(d)(1).

    2.    Plaintiff is a resident of Pinellas County, Florida. She was an "employee" as defined by the EPA.

    3.    Defendant is authorized to do business and doing business in the State of Florida. It is an "employer" as defined by the EPA.

    4.    The amount in controversy exceeds $15,000, exclusive of costs and attorney's fees.

## FACTS

    5.    Plaintiff is female.

    6.    Plaintiff was formerly employed by Defendant.

7. During her employment, Plaintiff was paid less than men who held the same positions as her, including Brian Barnes.

8. Plaintiff has hired the undersigned attorneys and agreed to pay them a fee.

## COUNT I
## EPA-Unequal Pay

9. Plaintiff realleges paragraphs 1 through 8 as if set forth fully herein.

10. Plaintiff was paid less than her male counterparts for equal work by Defendant.

11. Defendant's actions constitute a willful violation of the EPA.

WHEREFORE, Plaintiff requests that the Court grant the following relief:

    a. Judgment against Defendant for an amount equal to Plaintiff's unpaid back wages;

    b. Judgment against Defendant that its violations of the EPA were willful;

    c. An equal amount to the backpay damages as liquidated damages;

    d. An award of front pay;

    e. To the extent liquidated damages are not awarded, an award of prejudgment interest; and

    f. All costs and attorney's fees incurred in prosecuting these claims.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Dated this 6th day of November, 2009.

Respectfully submitted,

/s/ Luis A. Cabassa
LUIS A. CABASSA
Florida Bar No. 053643
Wenzel Fenton Cabassa, P.A.
1110 North Florida Avenue, Suite 300
Tampa, Florida 33602
Telephone: (813) 224-0431
Facsimile: (813) 229-8712
lcabassa@wfclaw.com
Attorney for Plaintiff